**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01753-CV

**TODD PRUETT, Appellant**

**V.**

**LISA CLAYTON, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14518**

## ORDER

We **GRANT** appellant's May 1, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than July 1, 2014. Appellant is cautioned that no further

extensions will be granted absent exigent circumstances and that failure to timely file the brief

may result in dismissal of the appeal without further notice.

/s/    ELIZABETH LANG-MIERS
        JUSTICE